IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01150 |
| ) | Judge Trauger |
| CORECIVIC, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On April 17, 2018, the magistrate judge issued a Report and Recommendation (DE #27), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 21) is hereby GRANTED, and this case is DISMISSED with prejudice for failure to exhaust administrative remedies. Any appeal from this dismissal will not be certified as taken in good faith.

The Clerk shall enter judgment pursuant to this ORDER.

It is so **ORDERED.**

Enter this 8th day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge